NATIONAL BANK OF BATTLE CREEK, Respondent, v. HOWARD, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by the National Bank of Battle Creek against Oliver O. How-

ard. E. A. Pfeffee, for appellant. A. J. Shipman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEKTON, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Toivo H. Nekton, as executor, etc., against the Metropolitan Life Insurance Company. No opinion. Judgment affirmed, with costs.